AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 7:24-mj-6 | Date and time warrant executed: 1/23/24 - 9:38 am | Copy of warrant and inventory left with: Dimple Belcher |

Inventory made in the presence of:
SA Am Cullom

Inventory of the property taken and name of any person(s) seized:
DNA Swab

## Received in Chambers
## By Reliable Electronic Means

January 23, 2024, 11:59 a.m.

## Hon. C. Kailani Memmer
## United States Magistrate Judge

---

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/24

_Executing officer's signature_

Special Agent Am Cullom, FBI
_Printed name and title_